[No. 43692-9-I.     Division One.     December 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND SEAN MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00730-8, Charles S. French, J., entered November 12, 1998. *Reversed* by unpublished per curiam opinion.

[No. 17608-8-III.     Division Three.     December 14, 1999.]

JOSEPH L. GEIERMAN, JR., *Appellant*, v. THE DEPARTMENT OF NATURAL RESOURCES, *Respondent*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 95-2-00113-1, Philip W. Borst, J., entered May 12, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 16847-6-III.     Division Three.     December 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE GUADALUPE CAVAZOS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 97-1-00127-8, John E. Bridges, J., entered August 6, 1997. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.

[No. 17062-4-III.     Division Three.     December 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JERMAL JEROME JOE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-1-02018-0, Michael W. Leavitt, J., entered November 13, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kurtz, J.